AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| PANINI AMERICA, INC. | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.  1:23-cv-21473-JEM |
| SONESTA TECHNOLOGIES, INC. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Sonesta Technologies, Inc.
    c/o A1A Registered Agent, Inc.
    5647 110th Avenue N.
    Royal Palm Beach, FL  33411

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Dale A. Evans Jr., Esq.
    Locke Lord LLP
    777 South Flagler Drive, Suite 215-East Tower
    West Palm Beach, FL  33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Apr 19, 2023



Angela E. Noble
Clerk of Court

*s/ A. Alonso*
Deputy Clerk
U.S. District Courts