IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| PANINI AMERICA, INC., § § Plaintiff, § § v. § 1:23-cv-21473-JEM § SONESTA TECHNOLOGIES, INC., § § Defendant. § | |

### JOINT STIPULATION TO DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Plaintiff Panini America, Inc. and defendant Sonesta Technologies, Inc. jointly stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal of this lawsuit without prejudice, with each party to bear its own attorneys' fees and costs.

Dated:  May 11, 2023             Respectfully submitted,

| /s/ *Dale A. Evans Jr.* | /s/ *Jason A. Fischer* |
|---|---|
| Dale A. Evans Jr. | Jason F. Fischer |
| Florida Bar Number: 98496 | Florida Bar Number: 68762 |
| Dale.evans@lockelord.com | jason@fischerlawpl.com |
| LOCKE LORD LLP | Fischer Law, P.L. |
| 777 South Flagler Drive | One Biscayne Tower |
| East Tower Suite 215 | 2 South Biscayne Boulevard |
| West Palm Beach, Florida 33401 | Suite 2600 |
| Telephone: (561) 833-7700 | Miami, FL 33131 |
| Facsimile:  (561) 828-7994 | Telephone: 305-306-3995 |
| | Facsimile: 305-397-2772 |
| Charles E. Phipps, *Pro Hac Vice* | |
| Florida Bar Number: 1009860 | **ATTORNEYS FOR DEFENDANT** |
| cphipps@lockelord.com | **SONESTA TECHNOLOGIES, INC.** |
| Robert E. Nail, *Pro Hac Vice* | |
| rnail@lockelord.com | |
| Tucker Davison, *Pro Hac Vice* | |
| tucker.davison@lockelord.com | |
| LOCKE LORD LLP | |
| 2200 Ross Avenue, Suite 2800 | |
| Dallas, TX  75201 | |

| | |
|---|---|
| Telephone: (214) 740-8000<br><br>Daniel A. Solitro, *Pro Hac Vice*<br>dsolitro@lockelord.com<br>LOCKE LORD LLP<br>300 South Grand Avenue, Suite 2600<br>Los Angeles, CA  90071<br>Telephone: (213) 485-1500<br><br>**ATTORNEYS FOR PLAINTIFF PANINI AMERICA, INC.** | |

2