UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-21473-CIV-MARTINEZ-BECERRA

PANINI AMERICA, INC.,

    Plaintiff,

v.

SONESTA TECHNOLOGIES, INC.,

    Defendant.

_____/

### FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS MATTER** is before the Court on the parties' Joint Stipulation to Dismiss without Prejudice. (ECF No. 11). Accordingly, it is hereby

**ADJUDGED** that this action is **DISMISSED without prejudice**, and this case is **CLOSED**. Each party shall bear their own attorney's fees and costs.

**DONE AND ORDERED** in Miami, Florida, this 15 day of May, 2023.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record